

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

JAN - 3 2019

PATRICK KEANEY
Clerk, U.S. District Court

By_____
Deputy Clerk

| | |
|---|---|
| MIDSHIP PIPELINE COMPANY, LLC, | |
| Plaintiff, | Case Number: 6:18-cv-302-RAW |
| vs. | |
| TRACT NO. BR-0860.000, 2.331 ACRES OF LAND, MORE OR LESS, PERMANENT EASEMENT (PIPELINE RIGHT-OF-WAY), IN BRYAN COUNTY, OKLAHOMA, et al, | Judge Ronald A. White |
| Defendants. | |

MC 19-001- RAW

## SURETY BOND NO. SUR0047837

WHEREAS, Midship Pipeline Company LLC ("Plaintiff") petitioned the United States District Court for the Eastern District of Oklahoma for Injunctive Relief in the above-styled and numbered cause; and

WHEREAS, on the 28th day of December, 2018, after a hearing, the Court Granted Plaintiff's Motion for Order Confirming Condemnation Authority and Awarding Immediate Possession of the Easements Sought, and ordered that Plaintiff deposit a Surety Bond of 200% of the estimated just compensation for the tracts subject to condemnation, in the aggregate amount of SEVEN HUNDRED FIFTEEN THOUSAND EIGHT HUNDRED FOURTEEN DOLLARS AND NO CENTS ($715,814.00), with the Clerk of Court, said bond being conditioned on the fact that

Plaintiff shall pay any and all final compensation damages in excess of the deposited amount, and, if such payments are made, then the bond shall be null and void upon full payments having been made.

NOW, THEREFORE, KNOW ALL MEN BY THESE PRESENTS: That Midship Pipeline Company LLC and Argonaut Insurance Company, as surety, shall be obligated to pay costs and disbursements up to the amount of this bond but the condition of this Surety Bond is such that if all such payments are made, this Surety Bond shall be and become null and void.

WITNESS OUR HANDS this 31st day of December 2018.

**MIDSHIP PIPELINE COMPANY LLC**

By: *[signature]*
Name: Lisa C. Cohen
Title: Treasurer

**SURETY**

**ARGONAUT INSURANCE COMPANY**

By: *[signature]*
Name: Lupe Tyler
Title: Attorney-In-Fact

APPROVED:

By: _____